FILED

18 DEC 19 PM 3:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___IPC___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| UNITED STATES OF AMERICA, | Case No. __18 CR 5496 GPC__ |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Reentry of Removed Alien; Title 8, U.S.C., Sec. 1325 - Unlawful Entry by an Alien (Misdemeanor) |
| RAUL GONZALEZ-ARMENTA, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about September 23, 2018, within the Southern District of California, defendant RAUL GONZALEZ-ARMENTA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

APW:cms:San Diego:12/19/18

It is further alleged that defendant RAUL GONZALEZ-ARMENTA was removed from the United States subsequent to April 5, 2016.

Count 2

On or about September 23, 2018, within the Southern District of California, defendant RAUL GONZALEZ-ARMENTA, being an alien, knowingly and intentionally entered the United States at a time and place other than as designated by immigration officers; all in violation of Title 8, United States Code, Section 1325, a misdemeanor.

DATED: December 19, 2018.

A TRUE BILL:

_____
Foreperson

ADAM L. BRAVERMAN
United States Attorney

By: _____
ALICIA P. WILLIAMS
Assistant U.S. Attorney